UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: BAYCOL PRODUCTS LIABILITY LITIGATION** | **MDL 1431** |
| ************************************ | ************************************ |
| **This document relates to:**<br>**LINDA SCHEXNAYDER,**<br>**Plaintiff**<br>**versus**<br>**BAYER CORPORATION,**<br>**Defendant** | **CIVIL ACTION NO. 01-2392 MJD**<br><br>**EDLA No. 01-2495**<br>**SECTION K**<br>**MAGISTRATE 1**<br>**DEMAND FOR JURY TRIAL** |

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff's Motion for Leave of Court is **GRANTED**, and the First Amended Complaint is ordered accepted and filed into the record of the above-captioned matter.

**SO ORDERED IN MINNEAPOLIS, MINNESOTA,** on this 16th day of Oct., 2002.

[signature]

**UNITED STATES DISTRICT COURT JUDGE**

FILED ______ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______